

05-CR-00010-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> JAMES MICHAEL ERIKSEN, ) <br> Defendant. ) | CASE NO.   CR05-10 Z <br><br> DETENTION ORDER |

Offense charged:      Violation on Bond

Original charge:      Felon in Possession of A Firearm, in violation of Title 18, U.S.C., Sections 922(g)(1) and 924(a)(2).

Date of Detention Hearing:   June 3, 2005.

The Government was represented by Patricia Lally. The defendant was represented by Peter Avenia.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   The defendant violated the provisions set forth in his appearance bond, having violated the bond condition requiring that he comply with the Electronic Monitoring Program by failing to be at his residence as directed on May 29 and 30, 2005 as directed by Pretrial Services.

DETENTION ORDER
PAGE -1-

(2) The defendant has admitted to said violations.

(3) Based upon the foregoing information which is consistent with the recommendation of U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(1) The appearance bond is hereby revoked.

(2) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9 of June, 2005.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-