UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-010-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JAMES MICHAEL ERICKSEN, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 22, 2009. The United States was represented by AUSA Patricia C. Lally and the defendant by Peter J. Avenia. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 9, 2005 by the Honorable Thomas S. Zilly on a charge of Felon in Possession of a Firearm, and sentenced to 36 months custody, 3 years supervised release. (Dkt. 33.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, participate in drug testing and a substance abuse program, including a drug dependency

01 program, abstain from alcohol, submit to search, and provide access to financial information if

02 requested.

03      In an application dated March 30, 2009 (Dkt. 40), U.S. Probation Officer Angela M.

04 McGlynn alleged the following violations of the conditions of supervised release:

05      1.     Using heroin on or before March 25, 2009, in violation of standard condition No.

06 7.

07      2.     Using marijuana on or before March 18, 2009, in violation of standard condition

08 No. 7.

09      3.     Failing to report as directed on or about March 24, 2009, in violation of standard

10 condition No. 2.

11      4.     Failing to submit monthly reports for November and December 2008, and January

12 and February 2009, in violation of standard condition No. 2.

13      Defendant was advised in full as to those charges and as to his constitutional rights.

14      Defendant admitted the alleged violations and waived any evidentiary hearing as to

15 whether they occurred.

16      I therefore recommend the Court find defendant violated his supervised release as alleged,

17 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be

18 set before Judge Zilly. The parties expect to request the Court to set the disposition of the matter

19 to a date after the defendant's completion of a drug treatment program.

20 ///

21 ///

22 ///

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01    Pending a final determination by the Court, defendant has been released on the conditions

02    of supervision, including drug treatment.

03        DATED this 22nd day of April, 2009.

04

05                                        _____
                                          Mary Alice Theiler
06                                        United States Magistrate Judge

07

08    cc:    District Judge:         Honorable Thomas S. Zilly
             AUSA:                   Patricia C. Lally
09           Defendant's attorney:   Peter J. Avenia
             Probation officer:      Angela M. McGlynn

10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3